UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TRACY L. ROGERS,                                                                                    Plaintiff,

v.                                                                        Civil Action No. 3:21-cv-390-DJH-CHL

TRANS UNION LLC and TRANSWORLD
SYSTEMS, INC.,                                                                                  Defendants.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 24), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

January 27, 2022

*[signature]*

David J. Hale, Judge
United States District Court